```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  MARIAN M. HAWORTH,              ) Case No. EDCV 09-0372-SJO(RC)
                                    )
12                                  )
                Plaintiff,           ) ORDER ADOPTING REPORT AND
13  vs.                             ) RECOMMENDATION OF UNITED STATES
                                    ) MAGISTRATE JUDGE
14  SAMUEL MONTGOMERY: OWNER OF     )
    SAN BERNARDINO R.V. PARK IN,    )
15  SAN BERNARDINO, CALIFORNIA;     )
    LOIS MONTGOMERY: OWNER OF       )
16  SAN BERNARDINO R.V. PARK IN     )
    SAN BERNARDINO, CALIFORNIA;     )
17  JACK CUNNINGHAM: OFFSITE        )
    MANAGER OF SAN BERNARDINO       )
18  R.V. PARK; LA CUMBRE            )
    MANAGEMENT CO. INC.: WHOM       )
19  EMPLOYS JACK CUNNINGHAM,        )
    OFFSITE MANAGER OF SAN          )
20  BERNARDINO R.V. PARK; SAN       )
    BERNARDINO R.V. PARK AND (IN    )
21  PAST) DOING BUSINESS AS JAMES   )
    MURDOCK - LOCATED IN SAN        )
22  BERNARDINO, CALIFORNIA; SAM     )
    HARSIN: ONSITE MANAGER OF SAN   )
23  BERNARDINO R.V. PARK; PAMELA    )
    HARSIN: ONSITE PROPERTY         )
24  MANAGER OF SAN BERNARDINO       )
    R.V. PARK; SAMUEL A. & LOIS     )
25  J. MONTGOMERY TRUST: OWNER OF   )
    SAN BERNARDINO R.V. PARK;       )
26  DOES ONE THROUGH NINE           )
    INCLUSIVE,                      )
27                                  )
                Defendants.          )
28  _____ )
```

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaints and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) the action is dismissed without prejudice under Rule 41(b), and Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on plaintiff.

DATED: 2/22/10

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R\09-0372.ado
1/27/10

2