```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


MARIAN M. HAWORTH,                ) Case No. EDCV 09-0372-SJO(RC)
                                  )
          Plaintiff,              )
vs.                               ) JUDGMENT
                                  )
SAMUEL MONTGOMERY: OWNER OF       )
SAN BERNARDINO R.V. PARK IN,      )
SAN BERNARDINO, CALIFORNIA;       )
LOIS MONTGOMERY: OWNER OF         )
SAN BERNARDINO R.V. PARK IN       )
SAN BERNARDINO, CALIFORNIA;       )
JACK CUNNINGHAM: OFFSITE          )
MANAGER OF SAN BERNARDINO         )
R.V. PARK; LA CUMBRE              )
MANAGEMENT CO. INC.: WHOM         )
EMPLOYS JACK CUNNINGHAM,          )
OFFSITE MANAGER OF SAN            )
BERNARDINO R.V. PARK; SAN         )
BERNARDINO R.V. PARK AND (IN      )
PAST) DOING BUSINESS AS JAMES     )
MURDOCK - LOCATED IN SAN          )
BERNARDINO, CALIFORNIA; SAM       )
HARSIN: ONSITE MANAGER OF SAN     )
BERNARDINO R.V. PARK; PAMELA      )
HARSIN: ONSITE PROPERTY           )
MANAGER OF SAN BERNARDINO         )
R.V. PARK; SAMUEL A. & LOIS       )
J. MONTGOMERY TRUST: OWNER OF     )
SAN BERNARDINO R.V. PARK;         )
DOES ONE THROUGH NINE             )
INCLUSIVE,                        )
                                  )
          Defendants.             )
_____)

//
```

1    Pursuant to the Order of the Court adopting the findings,
2 conclusions, and recommendations of United States Magistrate Judge
3 Rosalyn M. Chapman,
4
5    IT IS ADJUDGED that Judgment shall be entered dismissing without
6 prejudice the action under Rule 41(b).

        2/22/10                                  *S. James Otero (signature)*
DATED: _____

                                    _____
                                            S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE

R&R\09-0372.jud
1/27/10

2